IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED
Apr. 29, 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

KATHY LANDIS,
*individually and on behalf of*
*all others similarly situated,*
Plaintiff,

v.

Civil No. 3:26cv279 (DJN)

THE ELEVANCE HEALTH COMPANIES, INC.
f/k/a THE ANTHEM COMPANIES, INC.,
Defendant.

**ORDER**
**(Providing Notice of Preliminary Approval Hearing)**

This matter comes before the Court on its own initiative. The Court hereby provides notice that it has scheduled a preliminary approval hearing for a proposed global settlement in this matter, along with three related cases, for **Wednesday, May 6 at 12:00 noon**. This hearing will take place in Courtroom 601 of the Alexandria Courthouse. The Court will hear argument on the motion for preliminary approval of the global settlement at that time.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: April 29, 2026